Michael Sessa, #95870-004
USP Lewisburg
P.O. BOX 1000
Lewisburg, PA. 17837

RE: Case No. 92-CR-351-4

Dear Clerk of The Court,

RECEIVED IN PRO SE OFFICE

MAR 1 0 2026

March 1, 2026
F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAR 1 0 2026   ★

BROOKLYN OFFICE

I have enclosed my motion for permission to appeal in Forma Pauperis with an attached Financial Affidavit along with my United States Court of Appeals for the Second Circuit Transcript information Form B. Can you Please file these documents on my behalf and send me a Date Stamped copy of the cover page the the above listed address so I can know that they were filed.

Also, I must file an Appendix with the Appeal Brief. The Court requires that I provide a current District Court Docket Sheet and a copy of the order being appealed. Can you Please send me a copy of those documents so i can be in compliance with the Court Rules. It should be noted that I never received a copy of the order denying my motion for Compassionate Release, nor was I (or my attorney of record David Schoen) ever notified of the Court's order, ordering the Govt. to respond to my June 17, 2025 Motion, nor did i ever receive (or my attorney of record-David Schoen) the Govt's opposition motion and was never afforded my right to respond to the Govt.'s opposition motion. I need that order so i can write my appeal brief.

Thank You For Your Help in this matter.

Sincerely. & Respectfully,

Michael Sessa

REC'D IN PRO SE OFFICE
MAR 10 '26 PM 2:33

# UNITED STATES DISTRICT COURT

for the

Eastern _____ DISTRICT OF New York

United States of America )
)
)
Plaintiff )
)
v. )
) Case No. 1:92-cr-351-4
Michael Sessa. )
)
Defendant )
)

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: _____ | Date: 2-28-26 |

My issues on appeal are: Abuse of Discretion in Denying motion for Compassionate release, Due process violation, and reassignment on remand.

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 25.00 | $ N/A | $ 25.00 | $ N/A |
| Self-employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ N/A |
| Gifts | $ 0 | $ N/A | $ 0 | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child support | $ 0 | $ N/A | $ 0 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ N/A | $ 0 | $ N/A |
| Disability (such as social security, insurance payments) | $ 0 | $ N/A | $ 0 | $ N/A |
| Unemployment payments | $ 0 | $ N/A | $ 0 | $ N/A |
| Public-assistance (such as welfare) | $ 0 | $ N/A | $ 0 | $ N/A |
| Other (specify): | $ 0 | $ N/A | $ 0 | $ N/A |
| **Total monthly income:** | $ 25.00 | $ N/A | $ 25.00 | $ N/A |

2.  *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| BOP | USP Lewisburg PO Box 1000 Lewisburg, PA 17837 | 1996 - present | $ 25.00 |
| | | | $ |
| | | | $ |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| | | | $ |

4. *How much cash do you and your spouse have?* $ O

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ N/A | $ N/A |
| | | $ | $ |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| N/A | N/A | Make and year: N/A |
| | | Model: N/A |
| | | Registration #: |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| Make and year: N/A | N/A | N/A |
| Model: | | |
| Registration #: | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| N/A | $ N/A | $ N/A |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included? ☐ Yes ☐ No<br>Is property insurance included? ☐ Yes ☐ No | $ 0 | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ N/A |
| Home maintenance (repairs and upkeep) | $ 0 | $ N/A |
| Food | $ 2500 | $ N/A |
| Clothing | $ 0 | $ N/A |
| Laundry and dry-cleaning | $ 0 | $ N/A |
| Medical and dental expenses | $ 0 | $ N/A |
| Transportation (not including motor vehicle payments) | $ 0 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | $ 0 | $ N/A |
| Life: | $ 0 | $ N/A |
| Health: | $ 0 | $ N/A |
| Motor vehicle: | $ 0 | $ N/A |
| Other: | $ 0 | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ N/A |
| Installment payments | | |
| Motor Vehicle: | $ 0 | $ N/A |
| Credit card (name): | $ 0 | $ N/A |
| Department store (name): | $ 0 | $ N/A |
| Other: | $ 0 | $ N/A |

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ N/A |
| Other (specify): | $ 0 | $ N/A |
| **Total monthly expenses:** | $ 45.00 | $ N/A |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☐ Yes ☒ No    If yes, describe on an attached sheet.

10. *Have you spent - or will you be spending - any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☒ No

    *If yes, how much?* $

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*
    I am incarcerated and have no real income

12. *State the city and state of your legal residence*
    Lewisburg, PA
    *Your daytime phone number:* N/A

    *Your age:* 66    *Your years of schooling:* 14

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

TO BE COMPLETED BY FILER:

CASE NAME: United States of America _____ v.
Orena (Michael Sessa) _____

DOCKET NUMBER: 26-165 _____

FILER'S NAME: Michael Sessa 45870-004
USP Lewisburg
FILER'S ADDRESS: Po Box 1000
Lewisburg, PA 17837

FILER'S PHONE: N/A _____

QUESTIONNAIRE

___ I am ordering a transcript.

X I am not ordering a transcript. Reason: ___ Daily copy available ___ U.S. Atty. placed order
X Other (attach explanation) Dist court opinion and Order
filed on Docket

TRANSCRIPT ORDER

Prepare transcript of       N/A

___ Pre-trial proceedings:_____
(Description & Dates)

___ Trial:_____
(Description & Dates)

___ Sentencing:_____
(Description & Dates)

___ Post-trial proceedings:_____
(Description & Dates)

I,_____, hereby certify that I will make satisfactory arrangements with
(Filer's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment:       ___ Funds       ___ CJA Form 24

_____       2-28-26
Filer's Signature                               Date

TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:

ACKNOWLEDGMENT

Date order received: _____       Estimated Number of Pages: _____

Estimated completion date: _____

_____       _____
Court Reporter's Signature                               Date

Filer: Send completed form to the U.S. District Court as that court may require and send copies to the Court of
Appeals, U.S. Attorney's Office, and Court Reporter.
Court Reporter(s): Send completed acknowledgement to the Court of Appeals Clerk.

MICHAEL SESSA
#95870-004
P.O. BOX 1000
LEWISBURG, PA. 17837



"LEGAL MAIL"

MAILED: 3-2-26

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
225 CADMAN PLAZA EAST
BROOKLYN, N.Y. 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    MAR 10 2026    ★

BROOKLYN OFFICE

11201-183299

...TENTIARY
...
..., PA ...

DATE _____

...ter was ...ved through special ...dures for ...arding to you. The letter has ... opened not inspected. If the writer ... ...a problem over which this facility has ...dic... you may wish to return the material for ...ther information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."